IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

AMBAC ASSURANCE CORPORATION,

        Plaintiff,

v.                                                   Case No. 15-9596-DDC

FORT LEAVENWORTH FRONTIER
HERITAGE COMMUNITIES, II, LLC,

        Defendant,

## SECOND AMENDED SCHEDULING ORDER

The parties have filed a joint motion (ECF No. 77) to amend the scheduling order. For good cause shown, the motion is granted and the scheduling order is amended as follows:

    a.    Mediation shall be held no later than **February 14, 2017.**

    b.    All fact discovery shall be commenced or served in time to be completed by **March 15, 2017.**

    c.    Disclosures required by Fed. R. Civ. P. 26(a)(2), including reports from retained experts, are due from plaintiff by **April 6, 2017**, and from defendant by **April 27, 2017.** Disclosures and reports by any rebuttal experts are due by **May 11, 2017**.

    d.    All expert discovery shall be commenced or served in time to be completed by **May 26, 2017.**

    e.    The final pretrial conference is rescheduled from May 22, 2017, to **June 22,**

**2017 at 9:00 a.m.**, in the U.S. Courthouse, Room 223, 500 State Avenue, Kansas City, Kansas.  Unless otherwise notified, the undersigned magistrate judge will conduct the conference.  No later than **June 12, 2017**, defendant shall submit the parties' proposed pretrial order as an attachment to an e-mail directed to *ksd_ohara_chambers@ksd.uscourts.gov*.  It shall be in the form available on the court's website (*www.ksd.uscourts.gov*), and the parties shall affix their signatures according to the procedures governing multiple signatures set forth in paragraphs II(C)(2)(a) & (b) of the *Administrative Procedures for Filing, Signing, and Verifying Pleadings and Papers by Electronic Means in Civil Cases*.

f. The deadline for filing all other potentially dispositive motions is **July 19, 2017.**

g. The deadline for motions challenging the admissibility of expert testimony shall remain **August 28, 2017**.

h. The case shall remain set for trial on a trial calendar that will begin on **March 6, 2018.**  The trial setting may be changed only by order of the judge presiding over the trial.

All other provisions of the original scheduling order shall remain in effect.  The schedule adopted in this second amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated January 10, 2017, at Kansas City, Kansas.

                                                     s/ James P. O'Hara  
                                                     James P. O'Hara  
                                                   U.S. Magistrate Judge